AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ALFRED SMITH

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV206-205

JOHN TERVILLIGER

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered February 20, 2007, the Petitioner was allowed a period of (20) twenty days to file any objections to the Respondent's motion for a dismissal, or to otherwise inform the court of his decision not to object to Respondent's motion. Petitioner has failed to respond to the Court's Order and to Respondent's Motion. Accordingly, the Respondent's unopposed Motion to Dismiss is Granted and the petition is Dismissed.

| February 20, 2007 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03